AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 24 2014

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-14-884-MJ |
| 1. Jose Abraham GARCIA-Mancilla | ) | |
| 2. Reymundo MANCILLAS | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 23, 2014 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

*Code Section*
Title 21, USC (s) 841 & 846 and Title 31 USC 5332

*Offense Description*
knowingly and intentionally possess with intent to distribute approximately 10.69 kilograms of marijuana, and did conspire with persons known and unknown to knowingly conceal more than $10,000 ($13,680.00) in currency and attempts to transport or transfer such currency from a place within the United States to a place outside the United States.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

[X] Continued on the attached sheet.

*Complainant's Signature*

Jose F. Chapa    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Sept 24, 2014
*Date*

*Judge's Signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A:**

On September 23, 2014, Homeland Security Investigations (HSI) White Sands High Intensity Drug Trafficking Area (HIDTA) Task Force received information regarding a blue Chrysler PT Cruiser (Mexico License Plates ▮▮▮▮▮▮) utilized to smuggle narcotics into the United States. Agents conducting surveillance observed the blue PT cruiser enter a garage of a residence located at 611 Cheyenne Court in Brownsville. The PT Cruiser departed within 30 minutes and traveled towards the B&M Port of Entry. CBP Officers, performing outbound inspections, spoke to the driver, identified Jose Abraham GARCIA-Mancilla, a Mexican National.

Three bundles of US Currency concealed in an aftermarket compartment were found hidden in the dash board area of the vehicle. A consent search was conducted at the residence on Cheyenne Court which led to the seizure of 10.69 kilograms of marijuana concealed in the residence. Reymundo MANCILLAS Jr. admitted to receiving the marijuana from the blue car. MANCILLAS Jr. further stated that he wrapped up the currency the night before and left it in the garage for GARCIA-Mancilla to pick up the following morning. GARCIA-Mancilla admitted to going into the residence to look for his friend, but stated that he left after only five minutes. Federal prosecution was accepted on this case.

_[signature]_
**Complainant's Signature**

_[signature]_
**Judge's Signature**

**Ronald G. Morgan   U.S. Magsitrate Judge**

Sept 24, 2014
**Date**